UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE FOUCHE,<br><br>               Petitioner,<br><br>    v.<br><br>R. PHILIP GUTTIERREZ, WARDEN,<br><br>               Respondent. | CASE NO. CV 12-2980-MMM (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    DATED: November 7, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 12-02980MMM-ORDER.wpd