UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PIERRE FOUCHE, | ) | Case No. CV 12-2980-MMM (PJW) |
|---|---|---|
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| R. PHILIP GUTTIERREZ, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 7, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 12-02980MMM-J.wpd